UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
TAI DAGAN, MD, PC,                                                 :
:
                    Plaintiff,                                  :           24-CV-0632 (JAV)
:
      -v-                                               :           <u>ORDER</u>
:
RESOLUTIONS BILLING & CONSULTING, INC.,                            :
:
                     Defendant.                     :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       The Court is in receipt of the Declaration of Martin E. Karlinsky, and a proposed order to show cause why Mr. Karlinsky should not be permitted to withdraw as counsel for Plaintiff. ECF No. 44. The Court construes the set of papers it has received as a motion to withdraw as counsel pursuant to Local Rule 1.4(b).

       The Court will hold a hearing with respect to Mr. Karlinsky's motion to withdraw on **March 18, 2025, at 12:30 p.m.**, in Courtroom 14C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

       Any opposition papers to the motion to withdraw, whether by Tai Dagan, MD, PC, or any other party, will be due by **March 13, 2025**. Opposition papers shall either be 1) filed via ECF, or 2) emailed to the Court at VargasNYSDChambers@nysd.uscourts.gov, in pdf format, copying counsel for Plaintiff at martin.karlinsky@karlinskyllc.com and counsel for Defendant at shane@bhglaw.com on the email.

       No later than **March 5, 2025**, Mr. Karlinsky shall serve a copy of this Order, as well as the Declaration of Martin E. Karlinsky and the proposed order to show cause, on Plaintiff Tai Dagan, MD, PC, by email and Federal Express overnight delivery at its principal place of

business.  Proof of service of this Order shall be filed on the docket no later than two days following service.

    SO ORDERED.

Dated: March 4, 2025
      New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2