UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                    :
TAL DAGAN, MD, PC,                                                  :
                                                                    :
                              Plaintiff,                            :
                                                                    :           24-CV-00632 (JAV)
           -v-                                                      :
                                                                    :                 ORDER
RESOLUTIONS BILLING & CONSULTING, INC.,                             :
                                                                    :
                                                                    :
                                                                    :
                              Defendant.                            :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

        Pursuant to Section 8(d) of the Court's Individual Rules and Practices in Civil Cases and paragraph 8 of the Case Management Plan entered in this matter, ECF No. 68, the parties were required to file a post-fact discovery joint status letter by May 14, 2026. To date, the parties have not filed the joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **May 22, 2026**.

        SO ORDERED.

Dated: May 19, 2026                          _____
       New York, New York                         JEANNETTE A. VARGAS
                                                  United States District Judge