

KARLINSKY LLC
COUNSELLORS AND LITIGATORS

103 MOUNTAIN ROAD
CORNWALL-ON-HUDSON, NY 12520

MARTIN E. KARLINSKY
FOUNDER AND SOLE MEMBER
646.437.1430 / 917.623.9102 CELL
MARTIN.KARLINSKY@KARLINSKYLLC.COM
WWW.KARLINSKYLLC.COM

May 22, 2026

**VIA ECF**

**MEMO ENDORSED**

Hon. Jeannette A. Vargas
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

**Re:    *Tal Dagan MD PC v. Resolutions Billing & Consulting, Inc.,***
**     *24-cv-00632 (JAV)***

Dear Judge Vargas:

This law firm represents Tal Dagan MD PC, plaintiff in the above action. We deeply apologize to the Court for having failed to timely file the joint post-discovery status letter that was due May 14, and truly appreciate the courtesy of the Court in having *sua sponte* extended the time to do so until today, May 22, 2026. We wish to advise the Court of the following. The parties are engaged in an effort to dispose of this case. Consequently, while there remains certain discovery to be completed, the parties felt it more appropriate to devote their time and efforts to that end, rather than, at this time, request that the Court address a further amended scheduling order and post-discovery matters. I have tried to reach defense counsel since receipt of the Court's May 19 order (ECF 70), but have been unable to do so, hence am submitting this letter only on behalf of plaintiff. We request that the Court grant us the further indulgence of a week's delay, until May 29, 2026, to file an appropriate joint letter. I should also advise the Court that this law firm is no longer engaged in the practice of law, and that I have joined a new firm as a partner. I will file an appropriate form of substitution by Monday.

                    Respectfully,

                    Martin E. Karlinsky

MEK/ks

cc:    Counsel for Defendant (via ECF)

**KARLINSKY** LLC

ADMITTED TO THE BARS OF NEW YORK,
CALIFORNIA, AND THE DISTRICT OF COLUMBIA

Plaintiff's request for an extension of time to submit the post-fact discovery joint status letter is **GRANTED**. The letter shall be submitted by **May 29, 2026**.

SO ORDERED.
Dated: May 26, 2026

_____
JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE